**Robert BLUE, Plaintiff–Appellant,**

v.

**Howard SKOLNIK; et al.,
Defendants–Appellees.**

No. 12–17394.

United States Court of Appeals,
Ninth Circuit.

Submitted May 28, 2013.*

Filed June 3, 2013.

Robert Blue, Lovelock, NV, pro se.

Micheline Noel Nadeau Fairbank, Esquire, AGNV—Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: O'SCANNLAIN, W. FLETCHER, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Plaintiff Robert Blue appeals pro se the district court's denial of his request for preliminary injunctive relief against defendant prison officials. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Resources Defense Council*, 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir.1982) (explaining limited scope of review).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.